UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | Case No. 1:21-cv-00787-AWI-SKO (PC) |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** |
| v. | |
| R. DIAZ, et al., | |
| Defendants. | (Doc. Nos. 3, 4, 6, 9, 13) |

Plaintiff Christopher Lipsey, Jr., is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 23, 2021, the assigned magistrate judge issued an Order to Show Cause why this action should not be dismissed for a failure to exhaust administrative remedies. (Doc. No. 11.) Plaintiff was provided 21 days to respond. (*Id.*) Plaintiff failed to respond.

Thereafter, on January 14, 2022, the assigned magistrate judge found that it was clear on the face of plaintiff's complaint that he had failed to exhaust administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act. (Doc. No. 13.) The magistrate judge provided plaintiff with 14 days within which to file objections to the findings and recommendations. (*Id.*) To date, plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.  The Court will adopt the Findings and Recommendation.  Further, because the Court will adopt the Findings and Recommendation and dismiss this case, Plaintiff's pending motion to proceed in forma pauperis (Doc. No. 3), motion to appoint counsel (Doc. No. 40, and two motions regarding three strikes exception (Doc. Nos. 6, 9) will all be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 14, 2022 (Doc. No. 13) are adopted in full;
2. This action is dismissed without prejudice for failure to exhaust administrative remedies;
3. Plaintiff's motion to proceed in forma pauperis (Doc. No. 3), motion to appoint counsel (Doc. No. 4), and two motions regarding three strikes exception (Doc. Nos. 6, 9) are DENIED as moot; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 7, 2022                                    _____
                                                                              SENIOR DISTRICT JUDGE